AO 442 (Rev. 11/11) Arrest Warrant

MAR 23 2026 PM2:44
FILED - USDC - FLMD - TPA

RECEIVED U.S. MARSHALS
2026 MAR 23 AM8:11

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

United States of America )
v. )
JONATHAN JAMES ELDER ) Case No. 8:26-MJ-1599-AEP
)
)
)
)

_____
Defendant

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)    JONATHAN JAMES ELDER
_____,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Making a threat by means of fire or an explosive, in violation of  18 U.S.C. § 844(e).


Date:  3/20/26
                                                      _____
                                                             Issuing officer's signature

City and state:              Tampa, FL
                                                      _____
                                                             Printed name and title

---

| Return |
|---|
| This warrant was received on (date) 3/23/2026 , and the person was arrested on (date) 3/23/2026 at (city and state) Pinellas Park, Florida . |

Date:  3/23/2026
                                                      _____
                                                             Arresting officer's signature

                                                      JAMES SCHAFER
                                                      _____
                                                             Printed name and title