**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

-vs-                                                                  Case No. 8:26-mj-1599-AEP

JONATHAN JAMES ELDER

**CLERK'S MINUTES**
Proceeding: Initial Appearance
*Courtroom 12B*

Judge: Christopher P. Tuite, U.S. Magistrate Judge        Date: March 23, 2026
Deputy Clerk: Ashley Sanders                              Time: 2:43 p.m.
USPO: Charlene Cohen                                      Recess: 3:12 p.m.
Court Reporter: Digital                                   Total Time: 29 min
Interpreter: none                                         *held with other duty matters (7 min)

Counsel for USA: Michael Buchanan, AUSA
Counsel for Defendant: Laura Hastay, AFPD

Court calls case and counsel enters appearances.

Court advises of certain constitutional rights. Defendant understands.

Oral motion for counsel. Court reviews completed financial affidavit. Court appoints Federal Public Defender's Office.

Court advises of charges contained in Complaint. Defendant waives preliminary hearing.

BOND:        <u>Government:</u>  moves for detention. Danger to community.

             <u>Defendant:</u>   reserves.

Court orders Defendant detained pending trial.

Status conference set for April 23, 2026, at 9:00 a.m. Hearing to be cancelled if Defendant is indicted.

Oral due process order pronounced.

Recess.