## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**UNITED STATES OF AMERICA,**

**v.**                                                  **Case No. 8:26-mj-01599-AEP**

**JONATHAN JAMES ELDER.**

_____/

### NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

The Office of the Federal Public Defender has been appointed by the

Court to represent the Defendant, Jonathan James Elder, in the above-styled

cause. The Clerk is requested to enter the appearance of Ryan J. Maguire,

Assistant Federal Defender, as counsel for the Defendant, and to withdraw

the name of Laura G. Hastay, Assistant Federal Defender, as notice counsel

for the Defendant.

DATED this 25th day of March 2026.

Respectfully submitted,

CHARLES L. PRITCHARD, JR.
FEDERAL PUBLIC DEFENDER

_/s/ Ryan J. Maguire_
Ryan J. Maguire,
Assistant Federal Defender
Florida Bar No. 117534
400 North Tampa St. Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: ryan_maguire@fd.org

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 25th day of March 2026, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Michael J. Buchanan, AUSA

*/s/ Ryan J. Maguire*
Ryan J. Maguire,
Assistant Federal Defender
